# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Deutsche Bank National Trust Company

v.   Case Number: 4:23–cv–04119

Terry Roberts, et al.

## NOTICE OF RESETTING

**A proceeding has been set in this case as set forth below.**

**Before the Honorable Peter Bray**

**PLACE:**
by video

**DATE:** 3/8/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: February 21, 2024                                                                                   Nathan Ochsner, Clerk